In the Matter of the Claim of HARRY BLOCK, Respondent, against OLDSMOBILE NORTH SHORE MOTOR SALES CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued January 17, 1951; decided March 8, 1951.

*Herbert F. Hastings, Jr.,* and *Florence G. Mann* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Gilbert M. Landy, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.